# In the United States Court of Federal Claims

No. 19-1453C
(Filed September 27, 2019)
NOT FOR PUBLICATION

```
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
                                                   *
                                                   *
STARSIDE SECURITY &                                *
INVESTIGATION, INC.,                               *
                                                   *
                   Plaintiff,                      *
                                                   *
       v.                                          *
                                                   *
THE UNITED STATES,                                 *
                                                   *
                   Defendant.                      *
                                                   *
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
```

## ORDER

For the reasons stated on the record at the conclusion of today's hearing, the Court has found that the Government Accountability Office protest filed by the plaintiff concerning the General Services Administration's Call Order ID07190048 was filed within 10 days of contract award, and was therefore entitled to the automatic stay under 31 U.S.C. § 3553(d)(3)(A)–(d)(4), due to the application of equitable tolling. *See Irwin v. Department of Veterans Affairs*, 498 U.S. 89, 96 (1990). Accordingly, a stay of performance of the contract awarded under Call Order ID07190048 is in effect. An opinion explaining this decision will be forthcoming.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Senior Judge